**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | | |
|---|---|---|
| **JOHN DOE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **1:20-cv-00609-MU** |
| **v.** | ) | |
| | ) | |
| **UNIVERSITY OF SOUTH ALABAMA** | ) | |
| **and THE UNIVERSITY OF SOUTH** | ) | |
| **ALABAMA BOARD OF TRUSTEES** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR LEAVE TO**
**PROCEED ANONYMOUSLY**

NOW COMES, the Plaintiff, John Doe, through counsel, and moves this Court for leave to proceed anonymously in this action. This motion is made pursuant to Rule l0(a) of the Federal Rules of Civil Procedure and *Plaintiff B v. Francis,* 631 F.3d 1310 (11th Cir. 2011). In support of this motion, Plaintiff states as follows:

1.      While Rule 10(a) generally requires that a complaint "name all parties," the Eleventh Circuit has allowed anonymous filing if the plaintiff possesses "a substantial privacy right which outweighs the customary and constitutionally-embedded presumption of openness in judicial proceedings." *Plaintiff B v. Francis,* 631 F.3d 1310, 1315-16 (11th Cir. 2011(quoting *Doe v. Frank,* 951 F.2d 320, 323 (11th Cir. 1992)).

2.      A plaintiff may be allowed to proceed anonymously in situations "involving matters of a highly sensitive and personal nature." *Doe v. Frank,* 951 F.2d 320, 324 (11th Cir. 1992). Here, Plaintiff, a junior pre-medicine student, was accused of sexual misconduct by a fellow student. Plaintiff vehemently denied the allegations leveled against him by his accuser; however, the

Defendants, without substantial evidence, chose to credit his accuser's version of events.  The Plaintiff has been accepted into the Defendant's medical school, but has a cloud over his head regarding the sanctions wrongfully entered against him.  Thus, this is a deeply personal matter for all involved as it will entail evidence and testimony from students who attend the University of South Alabama.

3.     Courts in the Eleventh Circuit look at three factors in evaluating whether a plaintiff can proceed anonymously: (1) is the plaintiff seeking anonymity challenging governmental activity; (2) will they be required to disclose information of the utmost intimacy; and (3) will the plaintiff be compelled to admit their intention to engage in illegal conduct and thus risk criminal prosecution. *Francis,* at 1316.   Applicable here is inquiry two.

4.     Plaintiff and his accuser both have a substantial privacy and security interests in protecting their confidentiality, as both are pre-medicine students at the University of South Alabama.  Thus, any public disclosure of this lawsuit and the incident that forms the basis of it could negatively affect their scholastic careers.  Like in *Francis*, present here are allegations of sexual impropriety which are by definition of a sensitive and highly personal nature.  *Francis,* at 1317; *Does v. Covington County School Bd.,* 884 F.Supp. 462,465 (M.D.Ala. 1995)(denying the defendant's motion to dismiss based on party anonymity because of the vulnerability and tender age of each plaintiff, as well as the sensitive issues involved in the case).

5.     Because of the highly personal nature of these allegations, the public disclosure of them will cause the Plaintiff and his accuser humiliation and shame in the university community .  *Doe v. St. John's Episcopal Parish Day School, Inc.,* 997 F.Supp.2d 1279, 1290 (M.D.  Fla. 2014) (allegations  of sexual abuse are of a sensitive and highly personal nature).

2

6.      Thus, the need to protect the privacy of the Plaintiff and his accuser during this lawsuit outweighs the presumption of judicial openness codified in Rule l0(a). See *Estate of Rodriguez v. Drummond Co., Inc.,* 256 F.Supp.2d 1250, 1257 (N.D. Ala. 2003) (discussing *Frank,* 951 F.2d 320).

WHEREFORE, the Plaintiff moves this Court to grant him leave to proceed anonymously in this action.

Respectfully Submitted,


s/Roderick T. Cooks
Attorney for the Plaintiff


**OF COUNSEL:**
Winston Cooks, LLC
The Financial Center
505 20th Street North
Suite 815
Birmingham, AL 35203
www.winstoncooks.com
Tel:     (205) 502-0970
Fax:     (205) 278-5876
Email: rcooks@winstoncooks.com

**DEFENDANT'S ADDRESS:**
University of South Alabama
Office of the President
University of South Alabama
307 University Blvd. N., Rm. 130
Mobile, Alabama 36688
Telephone: (251) 460-6111
FAX: (251) 461-1537

3