IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 20-CV-0609-MU |
| | ) |
| UNIVERSITY OF SOUTH ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Count I (Title IX) of Plaintiff John Doe's Complaint is due to be and is hereby **DISMISSED, without prejudice,** for failure to state a claim and that Count II (due process violation) and Count III (breach of contract) of Doe's Complaint are due to be and are hereby **DISMISSED, with prejudice,** because Defendants are immune from suit for those causes of action.

**DONE** this the **24th** day of **August, 2021**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**